**FILED**

FEB 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT OF COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

MAURICE CEASAR # 09747-007
ALLENWOOD F.C.I. I-A Unit
P.O. BOX 2000
Whitedeer, PA 17887-2000

         PLAINTIFF

VS.

MR. PAUL ROSSTEAD, ADMINISTRATOR
FOR 777 8th STREET, N.W.
WASHINGTON D.C. 20001

         DEFENDANT

CIVIL CASE NO.

Case: 1:08-cv-00350
Assigned To : Leon, Richard J.
Assign. Date : 2/27/2008
Description: Pro Se General Civil

(DIVERSE CITIZENSHIP)
Filing lawsuit complaint for Voilation of Civil Rights/CivilRights Act
This is a Public Civilian Complaint in lieu of 42 U.S.C. 1983;
c/o Invasion of Privacy/DEPRIVATION of Privacy and Defamation of Character;
who Paul Rosstead caused my Constitutional Rights to be Violated under
the 1st amend. and several others, including the 5th amend. This had caused
under False Light to have the public panic by News Reports and News Papers
Publishing Companies Local and abroad of Paul Rosstead CONVOLUTED Report.

    In reference to Invasion, Deprivation, DISCRIMINATION, and
Defamation of Character by the News Media by Paul Rosstead erronious report
that OTHER sources and reporters who televise and printed in newspaper columns;
especially Paul Rosstead's Identity theft. (ALSO) in D.C.Superior UNDER
CA07-000171-B and CA 07-6944-B I did attempted to raise this claim but was
dishonored the opportunity by all means of me being incarcerated and in
FBOP transit STAGES. HOWEVER, D.C. Superior Courts JUDGE J. ANDERSON dismis-
sed my civil action claim (without) me being acknowledge to it ever having
a filed case number . She did this without me responding back to the De-
fendants Motion to Dismiss which I had (no knowledge) THEY filed; until I
contacted a Mr. Micheal in Maryland, contacted a Mrs. Sharon Kelly in D.C.
Superior Court JM170 ROOM at 202-879-1140. So now, since (twice) this has
Happened to me in Honorable Judge J. Anderson court I chosed to not file in
the state court due to the inconsistancies explained IN this Civil complaint;
In hopes that I can file here under Diverse Citizenship c/o 42 U.S.C. Construed,
as Public Civilian civil complaint while in another jurisdiction apart.

    Due to falsely incriminating me as well as providing false information
sent to news media and news publisher which includes the local and abroad
sources and reporters. This was sent out by Paul Rosstead to cause harm reck-
lessly and also broadcasted without being comfirmed by both police officers
or news media per Rossteads falsely accusing me . They the News Media printed

RECEIVED
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

the story in thinking they had a top story with the misleading information givened to cause harm and was recklessly disregarded the truth; that when published caused a panic to the public Interest wrongfully and misleading. I was displaced by all of this, which sources and reporting persons did not confirm thoroughly but thought they had a story to publish as ahigh profile case claim and reported what Paul Rosstead stated that was his made up story.

## RELIEF

I, Maurice Ceasar Plaintiff;

(1) SEEK FROM THE COURT IN RELIEF, TO HAVE A COURT APPOINTED ATTORNEY ASSIGNED TO REPRESENT ME, IF THIS CASE GOES TO TRIAL.

(2) MAY THIS HONORABLE COURT BRING PAUL ROSSTEAD WHO GAVE LIBELOUS AND SLANDEROUS MISINFORMATION TO THE NEWS MEDIA SOURCES OR THE EXECUTIVES WHO REPORTED IT WITHOUT CONFIRMATION THAT DEFAMED ME TO THE PUBLIC.

(3) I, am requesting to bring charges against Paul Rosstead, AND TO SET ATrial for his misconduct and by him taking my W-2 Tax forms and my celliur phone and going Online using my name and social security number in lieu of Identity Theft. And I have Witnesses that he cause to defamed me on purpose vigilante style.

(4) Iam requesting Financial relief for damages due to injuries in which my whole life has been displaced in lieu of all the enclosed damages and injuries under relief of claims I, request to be awarded a sum of (ONE) MILLION DOLLARS/$1,000,000oo from PAUL ROSSTEAD the defendant in this claim.....

(5) Also, for stating I was a Theft (that) I stole out of the his working building when I was there...in which no finger prints or sullveilance established in the criminal endeavors only that still picture he Paul Rosstead took without my permissionand posted my picture Vigilante style around the nieghborhood on trees, churches, and lamp posts.

(6) Also MAY A COPY OF "THE WASHINGTON TIMES"NEWS COLUMN BE IN SUPPORT OF EVIDENT HOW HE WENT TO THE NEWS MEDIA AND NEWSPAPER TO CAUSE DEFAMATION AGAINST ME AND DEPRIVATION OF MY LIBERTY TO BE ABLE TO WALK THROUGH SOCIETY WITHOUT FINGER BEING POINTED AT ME....

(7) May 100 witnesses I have in lieu of viewers in this Civil Right matter of Invasion of Privacy and deprivation of my privacy be at a hearing (ORDERED) or by a petition as witnesses that can show proof! THEY ARE ,attornies, D.C.Correctional officers, Public workers and family members who recorded on picture phones and dvd discs alone with people in the communities.

(8) Seek the names of any anonymous defendants, agencies officials who help get the false report established which resulted in the arrest on May 9, 2006, and charged me

for a crime I was incarcerated for by being on his jobs property only...but not for a strings of charges he stated, to caused the public to panic.

---

## POINTS AND AUTHORITIES

**Comes Now,** Plaintiff by and through its Pro'se, and hereby submits this Civil Claim of Plaintiff's Points nad Authorities to support of its claim:

### (I) INTRODUCTION AND BACKGROUND

I, Plaintiff Maurice Ceasar, a PRO"SE prisoner has filed a non convoluted complaint against Paul rosstead Including his defaming me and the theft of my personal property W2 TAX FORM and cell phone on April 17, 2006. My complaint is justifiable that- allegally

is connected with local news media and local newspaper columnists and abroad. Between April 24, 2006 and June 5, 2006 and June 8, 2006 "The Washington Times" ABC, CBS, FOX News Stations was misled by Paul Rosstead report...It is also challengable due April 17, 2006of him taking my w-2 Forms, The defendant's reports to media contains false information about my criminal background given by Paul Rosstead and his affidavit report to the Metropolitain police dept. after he posted my picture and contacted the local news media and conveyed with news media. Also, for reasons described below;the complaint states claims upon which can be granted and should not be dismissed.

Mr. Ceasar, Plaintiff aserts that Paul Rosstead have a definitive connection with news media and news paper columnists in Washington D.C. Area. The news media reported to the public about I, Plaintiff have involvements with links of thefts and Burglaries in the Metropolitain area which was not true. This has caused the public to panic, and I, to be misled as well as other Law Enforcements to think I was one who was committing those crime offenses;For this matter I was deprived, Invaded on my Privacy and Defamed by a clear sense of what includes that there was defemation and I was Slandered. Paul Rosstead stated this to the public by media that I was to criminally done and caused to happen in which news paper a,d media reported wrongfully about church thefts.

Due to where I am, I wish to file this action under as a Public Civil Complaint action (construed) Under USC 42§ 1983 or visa versa to argue my plea on a outside Civilian of the public, as to Paul Rosstead because

(3)

he the defendant is liable of his role, in thie claim concerning against his interviews to cause Slander and Harm....and to misuse the media to disregard the truth as he caused the public to panic.

Even by reading this complaint in the light most favorable to Plaintiff's request, the complaint does set forth allegation that meet deprivation and defemation, which Paul Rosstead is the one responsble to defeme to the media in a Vigelante stance in having false light and information on me published. That infromation was not privileged if there allegations they reported was not accurate, however, was convoluted because Paul Rosstead created a false light of criminal complaint to the media, to have me arrested and to mislead news media and panic the public.

II.     **ARGUMENT**

**PLAINTIFF'S COMPLAINT TO STATE CLAIM OF RELIEF UPON CAN BE GRANTED:**

This Affidavit for relief staes a specific amount in damages and injuries that is owed by the defendants for both causing wrongfully Invasion of Information and discrimination and defamation of character in a harmful and reckless manner. This also mentions the theft and deprivation of my W-2 Tax Forms and my Celliur phone, name, social security number and birth date information. The defendant,then used this data to go online and E-mail information about me, as well as go on interviews with the news media and news publishers which his report was used to cause a panic to the public. This panic was wrongfully established because the information used was not factual about dozens of thefts, and was only caused by Paul Rosstead of presenting to the Public and Law enforcements bynews medias and publishers resulting in my one charge arrest.

I am requesting and filing this claim affidavit at this time; to have Paul Rosstead defendant pay the amount of $1.000.000.00 dollars plus any other cost for damages that can be awarded by this Honorable Court and Judge. The damages includes Identity Theft...Mis-indentifying me as one of public Interest, causing me to lose my home place, employment and a possible music contract and other future properties. My loss also includes him taking my 2005 W-2 Tax forms for refunds and cell phone.

## DAMAGES OF RELIEF FOR CLAIMS

(1) **Pecuniary and Non-Pecuniary Damages:** The public was misled in thinking that I was guilty of committing a series of offenses, which was not true. My photo was distributed by Paul Rosstead who is responsible for stating to the news media/ news papers in Washington D.C. and abroad. I was mis-identified to the public as a thief causing people to stare at me; and caused concerns that forced me to be on the run for those mistaken charges. This false information was given by Paul Rosstead to the news reporters/ media with out investigation or to confirm appropiately. This involves monetary damages as well.

(2) **Punitive Damages:** Due to the false accusations published by the media and by Paul Rosstead interviews with local AND abroad media companies. These damages occurred when the Dendants acted with hate, haste, recklessness, malice, or deceit. Especially, these damages are assessed to penalize the wrongdoers who try to mislead everyone and who try to make an example out of me without truth. Also, which caused the public to panic in response to a false accusation/'s. No one ever came forward to have a warrant on me or arrest me (only) for Paul Rosstead false light in a vigilante manner; just to say I committed a string of church thefts, that I did not do nor was I charged with doing. These damages should be recovable. Paul Rosstead strategy scheme was to use my W-2 Tax Form without my permission, to cause harm with my personal name/ social security/ birth date information that he gathered along with a U.S. Attorney, Metro police Dept./detectives after he used my data online to I.D. theft me then gave it to those Fed. Agents per Government web site.

(3) Also I lost my jobs one at Aramark Inc. and the other at EPSI-Metro for one/half year and future damages; which calls for my request of Economical Damages (per) Paul Rosstead's Report to the News Media and having the public panic when they seen me in society. I, could not live or go nowhere.... for (2) AND (3) Paul Rosstead disregarded the truth and

(5)

and knew his scheme to allow them to use the data incorrectly to cause Defamation and Discrimination by the media reports on the news. These Reports stated that I was linked to dozens of Church Thefts.

(4) Discretionary and Emotional Damages: Paul Rosstead and the Defendants from the media displaced my life and mentally caused me untold sufferings, depression and stress and have forced to attend Psycho Therapy classes and seeing a doctor to vent out my emotions. This has caused mental c confusion, pain and sufferings that are not precisely measureable.

(5) Compensatory Damages: These are due to the damages and injuries I suffered thinking that I was wronged and due to my past criminal history which I contend were wrongfully used as if I was wanted or linked to numerous burglaries burglaries in churches and other buildings which was not true....Also, for the Paul Rosstead and news media, those who reported it in the news papers around the Metropolitian Areas and who passed the information down to others, that did not confirm the mis-information. I lost my banking account and checking account.

### CERTIFCATE OF SERVICE

WHEREFORE, for these matters of relief and Claim against those who reported Paul Rosstead's false accusations who I have filed this Civil action Claim against, under Diversity of Citizenship; Plaintiff respectfully asks that this civil action claim for the amount be Granted to me for His role and orchestration of this Deprivational issue:

RESPECTFULLY SUBMITTED

_Maurice Ceasar_

MAURICE CEASAR

I.   SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C.   If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.   Parties to this previous lawsuit.

       Plaintiffs: _____0_____

       Defendants: _____0_____

  2.   Court (If federal court, please name the district; if state court name the county.)
       _____0_____

  3.   Docket number: _____0_____

  4.   Name of judge to whom case was assigned: _____0_____

  5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____0_____

  6.   Approximate date of filing lawsuit: _____0_____

  7.   Approximate date of disposition: _____0_____

III.   PLACE OF CONFINEMENT

(7)

Maurice Ceasar # 09747-007
Allenwood F.C.I.  / P.O.BOX 2000
White Deer Pennsylvania 17887-2000

A. Is there a prisoner grievance procedure in this institution? Yes ( )   No (X)
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III,B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes ( )   No (X)

C. If your answer is Yes to Question III B:

   1. To Whom and when did you complain? <u>This matter occurred while I was out in society before arrest.</u>

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No (X)

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) <u>Officers and staff at D.C. Jail came to me due to news Report.</u>

   4. What happened as a result of your complaint? <u>Outside of jail issue.</u>

D. If your answer is No to Question III B, explain why not. <u>This matter occurred while I was out in society before I was warranted and arrested between April 2006 and May 9 2006.</u>

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No (X)

F. If your answer is Yes to Question III E;

   1. To whom and when did you complain? <u>When I was out in society, to attorneys, family, friends on my job.</u>

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

   3. What if any response did you receive? (Furnish copy of response, if in writing.) <u>Verbal response by phone calls that I should file a lawsuit.</u>

   4. What happened as a result of your complaint? <u>I was only told to file a lawsuit in D.C. District Court to bring forward the sources and reporters that violated my constitutional/civil rights by defamation of character.</u>

3. What if any response did you receive? (Furnish copy of response, if in writing.)
<u>Verbal response by phone calls that I should file a lawsuit.</u>

4. What happened as a result of your complaint? <u>I was only told to file a lawsuit in D.C. District Court to bring forward the sources and reporters that violated my constitutional/civil rights by defamation of character.</u>

IV   PARTIES

In item below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of Plaintiff: <u>Maurice Ceasar # 208-880</u>
     Address: <u>Allenwood F.C.I. / P.O. BOX 2000 - White Deer Pa. 17887-2000</u>

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

Defendant: <u>Paul Rosstead, Work Administrator for renovation of Calvary Baptist Church</u>
Addresss: <u>777 8th Street, N.W., Washington, DC 20001</u>

V.   STATEMENT OF CLAIM

(1) During the period from April 17, 2006 through April 24, 2006, the news reporters showed my picture to the public and proceeded to use misleading and libelous information about my past history to the public and accused me of thefts at churches and buildings or properties. This was bad media exposure, which was not honest nor correct and resulted in a deprivation, invasion of privacy and misinformation. These data were not confirmed by news authorities. This problem has now displaced my life. Television stations (4), (5), (7), (8), and (9) reported and televised the misinformation given by the complainant who requested a warrant by affidavit for my arrest at the church building renovation project. He obviously was informed someway of a past criminal record, either by some other source or by my personal papers that included my W-2 Federal Tax Forms

he took without my permission. He took my social security number and ran it through a computer to the Government Criminal Web site. He did this to ridicule me due to a mistake he had made and then accused me of taking something I did not take or have. This happened at the church renovation building at 777 8th Street, NW. Paul Rosstead then barred me from the renovation property after they took my photograph without my permission. I had come into the building on April 17, 2006 looking for part time work and to see if work was available. He had the misleading accusations aired on all the local news media stations.

(2) Mr. Rosstead then e-mailed misleading information to news stations around the Metropolitan area with the intention, I believe, to create misinformation on the computer internet which caused me to be wanted for information similar to charges of a false criminal history. That record was from 20 years ago up to the year 2002 and was in reference to charges that were dismissed and NOPAPERED charges. This defendant made it look to the E-Mailed news media stations that I was wanted for committing the offenses that were on the Government-NICIS/WALES computer site of my past erroneous criminal history, which has no bearing on the recent charges, which I did not commit. He posted my photo to get society to come forward against me and to identify me to have me arrested but it did not happen.

(3) When the media showed the snapshot picture of me on television between April 17 and 24, 2006 and then again on June 4 and 5, 2006. I recognized the picture that was taken at the Calvary Church building renovation that the defendant gave to the news stations reporters or sources by e-mail, Fax or text messages. This person had the five news media stations and five newspapers, display the photo of me when the public was watching the TV news coverage and reading the newspapers. This caused people to panic when I was seen out in society and in my community. I was then informed, by my friends and family, who called me by phone and who are witnesses to the panic of the public.

(4) My family, friends and employer told me that I was in the news and was wanted for a string of robberies at buildings, churches and others. I was appalled by the attention that I had received. I was stunned by such information that wronged me in the eyes of the public and in the newspapers that Paul Rosstead went out of his way to slander me in the news media.

(5) I was arrested due to the warrant report affidavit the church defendant, administrator, Paul Rosstead, gave to the police. That is how I came into the prison system. His report on me indicates that he is tied into the news media sources of the defamation and discrimination of character case, which I am filing. He made a bad frivolous attack on me by using the news media, five TV stations and newspaper sources to arrest me on the basis of a still photograph of me, which he took without my permission. He also provided incorrect information, misleading everyone, the news media, the public and the criminal justice system. This all has disrupted my life, put me in prison and caused me untold suffering due to these rumors and lies.

(6) When the five TV stations first reported the untrue statements in April and again in June, 2006, they told the public that I was wanted for 10 to 20 charges, but when I got to court, I had only one charge, not the many charges that he had announced. This charge was due to the warrant by the church defendant who again sent e-mails to the news stations. Mr. Rosstead did this out of sheer hate and did this by posting my picture around the city without truth to this matter. I wish to have this civil claim complaint law suit filed against Mr. Rosstead.

(7) This Defendant violated my Private Rights Act to liberty simply because I had a prison past history. This has undone my reputation with public freedom, speech, work and housing. This is more than defamation however, more than publishing false charges and malicious comments. This was done with over reacting and with conscious deception.

(8) Mr. Paul Rosstead was being slanderous because of hate or anger without any cause by me. One slander tactic employed was for the source or government to use my past history case which had been dismissed and charges cleared. They intended to create a series of untrue cases to charge against me. This took away the liberty and freedom that I had before my arrest. Untrue statements were made on the news media by Paul Rosstead and in an affidavit. The Defendant or source misled the public by stating that I was wanted for a string of charges. That statement was intended or concocted thru announcement of false charges on the news broadcasts. When it wasn't confirmed, it was printed by the newspaper publishers/executives.

(9) In this matter, somehow through the internet or by an officer, one of the workers who is not an MPD officer or a law enforcement or security officer stated that he had a mug shot picture of me from 1988. He used that picture and said that he had it in his work file at the Calvary Baptist Church Renovation Building. I do not know for what reason he had that picture or where he got it. I never had any affiliation with him at any time in 1988. At that time, I was working for a law firm at Neal Gross, Inc., a court reporting service at 1326 Rhode Island Ave. N.W., then at Capitol Hill Reporter once at 1825 K Street N.W. under Mr. Herb and Mary Kroll. I do remember an arrest, but was fined for charge. Wherever this worker as Mr. Rosstead said he had received the mug shot of me and my social security number is very vague and has no reason to be in the hands of a janitor or office file from 1988.

(10 The identity of whom they had in mind was not me. This concocted story that they created in a case I was forced into a guilty plea in order to avoid the hearsay of my being confronted about a church issue that happened in this recent event was also acted out when the administrator would not return my W-2 forms that I was to file later that day. Because of his state of mind at the time he took my folder with all my legal tax paper data, W-2 federal tax forms and my social security number and used the data on line through a computer. He did this with intent to expose my information and he posted my still photograph, which he took without my permission at the church. This had obviously caused a panic to the public on the day they aired news on the local broadcast news

stations to defame me without proof that I committed the large string of felony cases at particular churches and buildings. The newspaper publishers, reporters and sources printed this false information that wronged me as a high profile criminal.

(11) Mr. Rosstead also slandered me maliciously stating that I was a thief and burglar, which, I believe, he created around my past legal history and the data he received off the government information web sites to concoct his report. The administrator took my true past history and used it illegally and maliciously to invent this type of exposure. He then gave this misleading data to the MPD officers and to the news media. Some source or a connection with the church administrator or information provided by an officer of the MPD was thus provided the opportunity to televise his concocted story about my being a person wanted for a string of robberies and burglaries from churches and buildings in certain areas which was totally untrue.

(12) All of my legal information was in a yellow brown type closed folder that was taken when I went into the church renovation building. How was it that my information was exposed in an affidavit and the person using my personal information had stated my name, social security number and birth date? I truly believe Mr. Rosstead and employees used my W-2 form information to go online and that on that recorded date or dates their computer or web sites will prove that they used my W-2 form, which is a federal violation without my permission. They also used my social security number to get more information about my private and personal life. This data was sent to the local news agencies, which did not confirm the data given by sources or Mr. Paul Rosstead as being neither true nor concocted. This was apparently the result of his bitterness and attack toward me. He used his anger as well as deception to invent data provided by him to public news broadcast and newspapers. He also used his authority to take my cell phone and the W-2 tax forms I was intending to file later that day on April 17, 2006.

(13) There was never any string of felony cases committed by me. There was never any charges of robberies or burglaries of properties and buildings, not even any complaints when I was warranted for my present arrest. The two theft charges that I was forced to accept in a plea bargain was established by the prosecutor and then changed to burglary II, once again by the prosecutor. I have hundreds of witnesses who have seen these local news broadcasts and newspaper articles, which slandered me and displaced my privacy, job expectations and housing. If I were ever to be in the public where my liberty is degraded and my character defamed due to what has occurred as multi-misleading by everyone who knows my identity in society is not what the newspaper associations and television stations broadcasted and printed.

_____   _____2/12/08_____
Signature                          Date

(12)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
MAURICE CEASAR

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE DR

## DEFENDANTS
PAUL ROSSTEAD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-00350
Assigned To : Leon, Richard J.
Assign. Date : 2/27/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☒ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1) Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 1 Million   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 2·22·08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd