# United States District Court

DISTRICT OF **DISTRICT OF COLUMBIA**

**MAURICE CEASAR**
        Plaintiff

V.

**PAUL ROSSTEAD**
        Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED FEB 27 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: **08 0350**

I, **MAURICE CEASAR** declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     [X] Yes     [ ] No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **ALLENWOOD F.C.I. P.O. BOX 2000 White Deer Pa. 17887-2000**

   Are you employed at the institution? **yes**    Do you receive any payment from the institution? **yes**

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     [X] Yes     [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **$ 5.00 to 7.50 a month:**

   **WHILE INCARCERATED:**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   **N/a**

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive **N/A**

**RECEIVED FEB 19 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   N/a

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

1/2/08
DATE

_M. Ceaba_ (signature)
SIGNATURE OF APPLICANT

ENCLOSED:   ATTACHMENT OF INMATES FINANCE STATEMENT
CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____ _____. I further certify that during the past six months the applicant's average balance was $ _____.

DATE                                        SIGNATURE OF AUTHORIZED OFFICER