UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

MAURICE CEASAR #09747-007
P.O. BOX 300   (NEW ADDRESS)
USP CANAAN
WAYMART, PA 18472
    Plaintiff

VS.

Paul Rosstead
  Defendant

Civil Action# 080350-(RSL)

RECEIVED

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO AMEND UNDER FRCP RULE 15 CORRECTNESS
LAWSUIT CIVIL COMMON LAW CLAIM AND PUBLIC
CIVILIAN COMPLAINT (AND) TO EXCUDE CIVILRIGHTS 42 USC 1983
FROM THIS LAWSUIT COMPLAINT AS BEING THE (CLAIM):

I, Maurice Ceasar, Plaintiff now comes to correct; to have this Honorable Court and Judge to exclude in my Lawsuit claim, the announciation of any Civil Rights of 42 USC 1983 Claim. This was NOT Pretended to be any section 1983 Claim. And I wanted to make clear of this, before any response or proceedings of the Defendants.

 I, Maurice Ceasar, ask this Honorable Court and Judge to make Notice of this Lawsuit Civil Claim, to be construed as a Public Civilian person and Common Law Claim more (than) it being classed as a 1983 civil rights, that will not allow me to (state a claim for which relief can be Granted.
 SO, Therefore, I am enclosing a more correct First Page Cover/ of my Lawsuit Civil Claim against Paul Rosstead; to be Amended and attached in front of page (2). to my (080350-RSL) Civil Action filed in this Court. This is to correct the form of this civil complaint, I wish to Present to this Court and the Defendant. (Also), this is to <u>Exclude any parts of</u> already filed Civil complaint that has spoken in lieu of section 1983 USC 42; that I am not basing this Lawsuit against Paul Rosstead as subject

to such civil rights claim as that...However, other Claims and facts shall stay the same in the following pages of the complaint filed on February 27, 2008. It was my Pro'se RESEARCH after filing this Lawsuit that Paul Rosstead is not a Government or Federal Government Worker, but is a Civilian of the D.C. and Virginia Public. So by this, this Prevent any unnecessary filing by the Defendant; or by this Court to Convey.

I, Maurice Ceasar, Plaintiff wishes to Amend under Rule 15 FRCP to attach enclosed First Page Cover of MAURICE CEASAR'S Civil Complaint Lawsuit; and Exclude the <u>Original first page cover</u>, of the civil complaint filed 2/27/08. Also Strike or exclude any use or phrases pertaining to 42 USC 1983, through out the rest of my Civil Complaint, which should not be that much, however I wish to take precaution in this Lawsuit Claim.

## CONCLUSION

May this Honorable Court and Judge, approve for correctness of my <u>Original first page cover</u>, to correct the <u>word phrases</u> use to <u>state a claim</u>. And may the enclosed (new) First Page Cover that, changes out the 42USC 1983 data, and provide this Court with what type of Complaint this is to be as an Public Civilian civil complaint or, what it can be under Common Law Claims and Lawsuit in the U.S. DISTRICT COURT.

## CERTIFICATE OF SERVICE

I, hereby express my concern for correctness, so that this case of Civil Lawsuit can be heard in this for its state of claim issue. I have corrected the writer's mistake in stating a clearer understanding that this Lawsuit is not A section 1983; but is a Common Lawsuit to be filed in the U.S. District Court, and may this Court Amend the (new) First Page Cover in replacement of the one filed under CA no.#080350-RSL on 2/27/08 and also attach to the rest of the Lawsuit claim pages 2-thru the last page as completed Civil Action. This has been mailed out to this Honorable

(2)

Court on the day of __23rd__ and month of __March__ 2008 by Certified Mailing.

Respectfully Submitted

_Maurice Ceasar_ 2008
Maurice Ceasar #09747-007

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

Maurice Ceasar #09747007
USP Canaan C2-UNIT    (New ADDRESS)
P.O. BOX 300
WAYMART PA 18472
      Plaintiff

VS.

Paul Rosstead
      Defendant

Civil Case No. 080350-(RSL)

### DIVERSE CITIZENSHIP LAWSIUT COMPLAINT

I, am entering this Lawsuit Complaint on Paul Rosstead for his role in having my constitution Civil rights to be violated by the News Media, U.S. ATTORNEY's Office (Spokesperson) and other Sources of the Publishing Companies. This is a Public Civilian filed Complaint / Common Lawsuit Claim for Invasion of Privacy / Deprivation of privacy, and Defamation of Character ; who Paul Rosstead caused by using the Media, to violate my Privacy under the 1st Amendment and the 5th Amendment and 14th Amendment. This has caused under False Light to have the Public panic by untrue News reports and News Papers Published Companies Local and abroad, to broadcast Paul Rosstead Convoluted Report.

    In reference to this Lawsuit claims and Defamation /Deprivation by Paul Rosstead and News Media reports that was televised. Paul Rosstead had no reasaon to go on line with my personal information and social security number without my permission to use and to cause a false light of harm to me. As mentioned to this Honorable Court, I did attempted to raise this Claim in the state court; but had little success and dishonored the opportunity by all means of where the Defamation occurred and the assigned Judge J. Anderson Dismissed my civil action claim(without) me having the chance to know if I had a case number or if any filing has takened place. This was done, I believe because of the contents at a church area that she dismissed my case without hearing both sides of the matter.

To:Docket Clerk---Attach (new) First Page Cover to CA no.#080350-(RSL)

As stated I had no knowledge it was filed until I contacted Mr. Micheal in Maryland; and Mrs. Sharon S.Kelly in D.C. Superior Court JM170 Room at 202-879-1140.

It was twice denied any filing by Honorable Judge J.Anderson Court so I chosed to not file again in the D.C. Superior Court due to the inconsistancies and Contents of this matter explained in this Civil Complaint. In hopes that I can file here under Diverse Citizenship in lieu of Common Lawsuit Claim and this as a Public Civilian Civil Conplaint while in another jurisdiction.

Due to falsely incriminating me as a Public Interest; as well as Providing false information sent to News Media and U.S. Attorney's office and detectives Mpd; which includes local and abroad sources and reporters. This was sent out by Paul Rosstead to cause harm and recklessly towards me; and also broadcast by news reporters without confirmation to see whether it was true or not...which both Police Detectives / U.S. Attorney Office and News Media falsely accused me (per) Paul Rosstead Affidavit Complaint on me. They the News Media PRINTED _____(Continue on page (2). of already filed Civil claim...Please attach these two pages to that civil claim in replace of the Original first page cover;

(1-1/2 of 13 pages or more)



# Metropolita[n]
### The Washingto[n]



**Arts** — At the movies / B6 — TV listing / B7 — ◀Harlequin spices up romance novels / B5

**DISTRICT**

## Arrest may link to church thefts
### Man faces burglary count in Calvary Baptist incident

By Matthew Cella
THE WASHINGTON TIMES

Church officials think a D.C. man arrested in connection with a theft in Northwest could be responsible for a string of burglaries from city churches in recent months.

Channing Phillips, a spokesman for the U.S. attorney's office, said Maurice Cesar, 46, was arrested on May 9 in

Paul Rosstead, church administrator at Calvary Baptist Church, said he confronted Mr. Cesar in a church hallway on April 17, after a youth group returned from a trip to Florida. Mr. Rosstead said Mr. Cesar told him that he was helping to unload rafting

---

Exhibit (A) to show a <u>untrue</u> <u>Report</u> By The Washington Times Published June 6th and 8th 2006:

This is a false light - And I WAS NEVER connected with Strings of Thefts or Burglaries As Paul Rosstead Report to <u>News Media</u> and U.S. Attorney Spokes person! (NOR) WAS IN Court For those Thefts....

*ington Times*

METROPOLITAN

# CHURCH
*From page B1*

perform such a task.

"At that point, we began to search the building for this gentleman and we found him in a back stairwell," Mr. Rosstead said. He said Mr. Cesar gave him a "song and dance," sticking to his story about unloading rafting supplies.

Mr. Rosstead said he asked Mr. Cesar if he could look inside a bag that was slung over his shoulder.

"There was a computer projector and a drum pad that we did not recognize as belonging to Calvary," he said. Then Mr. Rosstead asked Mr. Cesar if he could take his photograph, and Mr. Cesar agreed, Mr. Rosstead said he took the photograph "to discourage him from coming back."

After Mr. Cesar left, Mr. Rosstead learned that the items in the man's bag belonged to a group that holds prayer services at the church.

Mr. Rosstead said he called the police and circulated Mr. Cesar's photograph among some other pastors, who said they could place the man in their churches at about the time they experienced burglaries.

Terry Lynch, executive director of the Downtown Cluster of Congregations, said that during the past six months there have been more than a dozen burglaries at about six city churches. In most cases, the thefts were of computer equipment, digital cameras, purses and cell phones left in unattended offices.

Mr. Rosstead said Calvary had experienced another burglary a few weeks before his confrontation with Mr. Cesar, in which the senior pastor's purse was stolen from her office during church services and $3,000 was charged to her credit cards.

He also said that after the circulation of Mr. Cesar's photograph, one of the church's maintenance men produced another picture of Mr. Cesar that had been taken about five years ago when he was also suspected of stealing a purse from the church.

Mr. Lynch said he doesn't expect the string of burglaries to change how the churches operate.

"Churches are in the business of being prayerful and trusting, and that's not going to change," he said. "Hopefully the person responsible can be held accountable."