UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR                          :
                                        :
    Plaintiff,                        :
                                        :
v.                                      :     Case No.     08-350RJL
                                        :
PAUL ROSSTEAD,                          :
                                        :
    Defendant.                        :
_____          :

### ROSEBORO NOTICE

PLEASE TAKE NOTICE that you are entitled to file a response opposing Paul Rosstead's Rule 12 Motion to Dismiss and Strike in the above-captioned case, a copy of which is attached hereto as Exhibit A.  Any such response must be filed within eleven (11) days (plus three additional days for service by mailing) of the date of this Notice with the Clerk of the Court as follows:

    Nancy Mayer-Whittington, Clerk
    U.S. District Court for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001

**If you do not file a reply, the Court can deny and/or dismiss your Complaint against the defendant on the basis of the Motion.**  If you file a response, you must identify all facts stated by the Defendant with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).  You are entitled to file with the Court a legal brief in opposition to the Motion.  You are required to serve upon counsel for the defendant a copy of any documents you file with the Court.

Respectfully Submitted,


/s/     Brian A. Cafritz
Brian A. Cafritz (D.C. Bar No. 456687)
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com


***Counsel for Defendant, Paul Rosstead***


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Memorandum in Support of Defendant Paul Rosstead's Motion to Dismiss was mailed, first class, postage pre-paid, this _8_ th day of April, 2008 to:

Maurice Ceasar
Allenwood Medium- F.C.I.
R# 09747-007 A-1 Unit
PO Box 2000
White Deer, PA 17887


/s/     Brian A. Cafritz