United States District Court for the District of Columbia / Civil Division

MAURICE CEASAR #09747-007
  Plaintiff

CASE NO. 08-350 RJL

v.

Paul Rosstead
  Defendant

RECEIVED
APR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Motion in Response to Defendants Roseboro Notice, Also To Again have This Civil Claim Dismiss per Mailing Problems And until I can have an Attorney to Represent me in 2010 - without prejudice

Now Comes the Plaintiff in this Civil Claim to let This Honorable Court and Judge know that on 4-16-08 I've Just Received the Defendants 4-8-08 mail sent to me that was Resent to me (per) Return to Sender Stamping on First Envelope. Due to this matter it was stated that I had 11 days to Respond. I, had in March 20th 2008 made an attempt to correct the Civil Claim and sent corrections to be amended of Pages (1) and (2). (Also) in April of 15th 2008. I sent certified mail a motion to Stay or Dismiss my Civil Claim without prejudice for reasons of Institution mail not getting to me or other Inmates on a timely basis, to when mail should be here. So, I truly feel that I will not be able to do Court by mail for that reason and Because of my Indigency * However, I feel that it will be only Right to have an Attorney in all Fairness of this legal claim matter with Paul Rosstead to Represent me once I'm Released in 2010.

I will have to go through a shelter legal advisor. Because of my most recent homelessness issues, I, in the last 10 years have no set residency. However, lived house to house during my time in society. Also, I have no property, no set salaries, or employment that was steady. Today in prison, I live off of $5.25 to $8.89 a month; and most of that goes to the pro'se litigant filing fees I pay-out as I am trying my best to argue my claims.

Pursuant to Haines vs. Kerner - 404 U.S. 519 92 Set 594 Ed 2d 1972.

It is known that, I am not a lawyer, this is why I do not elaborate fully on the issues briefly and to the point in the past motions I filed and that was dismissed with prejudice by D.C. Superior Court and U.S.D.C. It's not that I am trying to harrass anybody or anyone in my filing of my civil claims; and I feel that the attornies for the defendant acknowledge that - but wishes to prevent me in the future to continue to file pro'se - which I am willing to dismiss this civil claim without or with prejudice, way before I receive there 4-14-08 legal mail in response to my civil claim. Enclosed will show the mailing dates of that defendant's legal mail, and in which I signed for on 4-16-08 - that had another legal size mailed envelope with mail date 4-8-08.

Your Honorable Court and Judge, on 4-15-08 before I read there response motion to dismiss, that I received on 4-16-08, may you either stay case or dismiss case and complaint with or without prejudice - and may this Honorable Court honor under Haines vs. Kerner that I have only expressed in words less constringent than attorney to what wronged me under Deprivation and Defamation legal issues.

(2)

May this Court see that - I am Homeless, and Indigent and that I have not enough to pay my Filing Fee Costs. How, if not possible I can pay for anyone elses. That only signifies a Retaliation Attack coming from Defendants Firm of Attornies as a personal and brutal thing to ask this Court to indulge into, on a Indigent - Pro 'se inmate litigant to pay there fees.

### Conclusion

I, have already ask the Court to Dismiss this case claim (or) stay of case if deemed, until 2010 (or) now until I can have an attorney to Represent me to Further my future complaint. Also due to mail at Institution Being Delayed and that I am not Receiving.

It is clear, that I do need future help with the legal aspect of this, and other cases as a pro 'se litigant who should not be Challenged as an Attorney, nor Retaliated on By Defendants Attornies, who know that I am Homeless and Indigent and can not afford to pay my own Filing Fee Costs.

Wherefore,

may this Honorable Judge R. Leon Dismiss this case with or without prejudice - without any award of Defendants Cost and Attorney fees expended here in. I am Indigent myself, and have filed my complaint pro'se. And I do not or never have any contract with Defendants hiring (or) who he had hire, to Represent him at Brian A. Cafritz's Kalbaugh, Pfund and Messersmith P.C. office; nor did I harrass anyone or him in my proccess of civil claims or complaint, and may this case complaint be Dismissed with or without prejudice for 4-15-08 motion reasons only that I filed certified mail.

(3)

## Certificate of Service

I, hereby certify that a true copy of the above motion to Response, and Dismiss my civil complaint with or without prejudice sent certified on 4/15/08, and to respond Defendants Roseboro Notice in the Alternative to Be Dismiss only was mailed certified mail this 16th day of April, 2008 to U.S. District Court to serve a copy to Defendant's Attorney Brian A. Cafritz, by Clerk of Court.

Enclosed: Exhibit (1) and (2)
Copy of Legal Dated
And when it was mail out
on 4-8-08 and Return to Sender
Then sent back out on 4-14-08
And I just Received it today 4-16-08.
Also Exhibit (3)
A motion I sent certified
on 4-15-08 - Before I Received
Defendant's mail ... my motion
Should be there by now and Filed:
Please may you check Docket Clerk
Receipt of it.

Respectfully Submitted
Maurice Coate 2008




Exhibit (2)

Received 4-16-08
By USP Canaan C2 unit
Secretary office

**LEGAL MAIL
OPEN IN
PRESENCE
OF INMATE.**

KalbaughPfund
&Messersmith
ATTORNEYS AT LAW

901 Moorefield Park Drive
Suite 200
Richmond, Virginia 23236

Mr. Maurice Ceasar, R09747-007
Canaan C2-Unit, U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 300
Waymart, PA 18472

BRIAN CAFRITZ, ATTORNEY AT LAW



US POSTAGE

United States District Court For the District of Columbia / Civil Division

Letter and Exhibit (3)

Maurice Ceasar #09747-007
    Plaintiff

Case No. 08-CV-0350 (RSL)
Judge Richard S. Leon

VS.

Paul Rosstead
    Defendants

RE:   Motion To Stay, or Dismiss my civil claim until After January 2010; Based on complications that I am having Now with Transfers, and Incoming Institution mail system - may this Be Dismiss Without Prejudice:

Now Comes, Maurice Ceasar Plaintiff, who wishes To Convey with this Honorable Court and Honorable Judge Richard S. Leon - That I Am having A very Difficult time with the Inmate's mail system, In which my mail or legal mail has Been threaded out through This Federal Bureau of prisons System As well As Delayed. It Seems that since the Transferring of prisoners and my past transfers has caused my legal mail to Not Be Answered on in a timely Fashion.

In this Civil Claim, I wish Be In timely Response, However, This USP Canaan mail Room has A Bad-Rap when It Comes to mail Being Sorted-out or Given to the Inmate Appropriately with out Delays of weeks gone By.

Eventhough, this has been brought to the USP Canaan wardens attention. He does little to Discipline the mailroom officers or stop them from Retaliating on an Inmate for Reporting such delays to the Administration Level at F.B.O.P.

At this time, It is Forcing me not to have my Legal case mail be delayed - Especially when I need to Respond back to this civil claim complaint by mail.

I, truly ask that I can <u>stay the case</u> or have it <u>Dismissed without prejudice at this time</u>; or until I am Release around mid-2010. It would only be in Good Faith to do so Based on the poor mailing System here at USP Canaan where I might not never Receive the mail this Honorable Court may send to me here...

## Conclusion

In light of the fact as it stands with my Legal mail process outgoing and incoming mail at USP Canaan and until these officers whom work the mail room - may be discipline - and Reported to the U.S. Post masters in Pennsylvania for there conduct in processing appropiate; I, Maurice Ceasar will on the other hand ask this Honorable Judge R.S. Leon may he stay the case or dismissed without prejudice

(2)

until mid-2010 when I am release to be available to respond concisely and appropiately to my claim action against Paul Rosstead.

May you give me as a Pro'se litigant this granting so I can have the opportunity to be more supportive once out in society.

May you grant this motion to stay the case or dismissed without prejudice for all above reasons.

### Certificate of Service

I, hereby come to this Honorable Court and Judge for a stay of case or dismissed civil claim without prejudice until 2010. It would be in good faith until I can have a supportive system and be able to respond, without difficulty of mailing system in prison. On this __15th__ day of __April__ 2008 I sent U.S. Postal mail receipted to this U.S. District Court Clerk of Court and for attention of Honorable Judge Richard S. Leon.

cc: May copy of this motion and, may copy of order be sent out to the Defendant by Court:

Respectfully Yours

M. Ceasar 2008
Maurice Ceasar #09747-007

(3)