United States District Court For the District of Columbia / Civil Division

| | |
|---|---|
| MAURICE CEASAR #09747-007<br>Plaintiff<br><br>VS.<br><br>Paul Rosstead<br>Defendants | CASE NO. 08-CV-0350(RLL)<br>Judge Richard S. Leon<br><br>**RECEIVED**<br>APR 21 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

RE: Motion To Stay, or Dismiss my civil claim until After January 2010; Based on complications that I Am having Now with Transfers, And Incoming Institution mail system - may this Be Dismiss without Prejudice:

Now comes, Maurice Ceasar Plaintiff, who wishes To convey with this Honorable Court And Honorable Judge Richard S. Leon - That I Am having A very Difficult time with the Inmate's mail system, In which my mail or legal mail has Been threaded out Through This Federal Bureau of prisons system as well as Delayed. It Seems that since the Transferring of prisoners And my past transfers has caused my legal mail To Not Be Answered on in A timely Fashion.

In this Civil Claim, I wish Be In timely Response, However, This USP Canaan mail Room has A Bad-Rap when It comes to mail Being Sorted-out or Given to the Inmate Appropriately without Delays of weeks gone By.

Eventhough, this has been brought to the USP Canaan wardens attention. He does little to discipline the mailroom officers or stop them from retaliating on an inmate for reporting such delays to the administration level at F.B.O.P.

At this time, it is forcing me not to have my legal case mail be delayed - especially when I need to respond back to this civil claim complaint by mail.

I, truly ask that I can <u>stay the case</u> or have it <u>dismissed without prejudice at this time</u>, or until I am release around mid-2010. It would only be in good faith to do so based on the poor mailing system here at USP Canaan where I might not never receive the mail this Honorable Court may send to me here...

## Conclusion

In light of the fact as it stands with my legal mail process outgoing and incoming mail at USP Canaan and until these officers whom work the mail room - may be discipline - and reported to the U.S. Post masters in Pennsylvania for there conduct in processing appropiate; I, Maurice Ceasar will on the other hand ask this Honorable Judge R.S. Leon may he stay the case or dismissed without prejudice

(2)

until mid-2010 when I am Release to Be Available to Respond concisely and Appropiately to my Claim Action against Paul Rosstead.

May you Give me as a Pro'se litigant this Granting so I can have the opportunity to Be more Supportive once out in Society.

May you Grant this motion to Stay the Case or Dismissed without Prejudice For All Above Reasons.

### Certificate of Service

I, hereby come to this Honorable Court and Judge For a Stay of Case or Dismissed civil Claim without prejudice until 2010. It would Be in Good Faith until I can have a Supportive System And Be Able to Respond, without Difficulty of mailing System in prison. On this **15th** day of **April** 2008 I sent U.S. Postal mail Receipted to this U.S. District Court Clerk of Court And for Attention of Honorable Judge Richard S. Leon.

cc May Copy of this motion and, May Copy of order be sent out to the Defendant By Court:

Respectfully Yours

Maurice Ceasar 2008
Maurice Ceasar #09747-007

(3)

This is an update of request form I submitted But, Do not get any response from warden (or) mailroom, They just ignores these types of request and do open uncertified mail that is legal.

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Ectroth or mail Room Super. | DATE: 4/15/08 |
|---|---|
| FROM: M. Cease | REGISTER NO.: 09747-007 |
| WORK ASSIGNMENT: CRO | UNIT: C2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Its getting out of hand! Sir, I do understand your intentions with handling U.S. mail. I wish to ask you - may you send my mail to C2 unit. On Telephone office call. Mail was sent to me by numerous person between 4/1/08 thru 4/4/08 and 4/7/08 thru 4/11/08 that I did not receive (they) have Records/copies of these mail sent out. Also Attorney office sent two letters and have not received the one I sent to them 4/4/08??? I Believe it is only Rightful to convey this by Phone to them that they may have to go to F.B.O.P D.C. to get an answer in concern of missing mail coming and going Both ways. May you again check to see why my mail is Being Delayed or mis-used by Someone. (Do not write below this line) Copy of Letter went to A-W Farley and to Warden by hand. I have legal endeavors which are

DISPOSITION: Being Delayed By this mail system at USP Canaan.

Signature Staff Member                                            Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER