UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR                             :
                                           :
    Plaintiff,                             :
                                           :
v.                                         :     Case No.    08-350RJL
                                           :
PAUL ROSSTEAD,                             :
                                           :
    Defendant.                             :
_____             :

## FINAL ORDER

UPON CONSIDERATION of the plaintiff's Motion to Stay, the defendant's Opposition and the defendant's Motion to Dismiss, it is this _____ day of _____, 2008,

ORDERED that plaintiff's Motion to Stay is DENIED, and

IT APPEARING that Plaintiff has filed multiple Complaints concerning the same factual issues and legal theories, and that plaintiff's repeated filings in this and other courts are deemed harassing and an abuse of process for the purposes of the Prison Litigation Reform Act, 28 U.S.C. §1915, *et seq.,* it is further ORDERED that Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

AND THIS ORDER IS FINAL.

                                                                             _____
                                                                               US District Court Judge

cc:

Brian A. Cafritz (D.C. Bar No. 456687)
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
**Counsel for Defendant, Paul Rosstead**


Maurice Ceasar
Allenwood Medium- F.C.I.
R# 09747-007 A-1 Unit
PO Box 2000
White Deer, PA 17887
**Plaintiff,** *pro se*