Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 1:08-cv-00350-RJL   Document 16   Filed 05/09/2008   Page 1 of 1

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Paul Rosstead
Work Administrator
Calvery Baptist Church
777 8th St., NW
Washington, DC 20001

Civil Action, File Number 08-350 RJL

Maurice Ceasar
v.
Paul Rosstead

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

[Attached USPS Domestic Return Receipt (Form 3811) showing:
Article Addressed to: Paul Rosstead, Work Administrator, Calvery Baptist Church, 777 8th St., NW, Washington, DC 20001
Signature, Received by, Date of Delivery 3-20-08
Service Type: Certified Mail, Registered
Article Number: 7004 1160 0004 4136 7826]

...of Summons and Complaint By Mail

...COMPLAINT
...e complaint in the above captioned

...tity/Authority to Receive

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03