United State District Court For the District of Columbia

Re: New Address / Dismiss motion /

Maurice Ceasar #09747-007  PRO 'SE
Schuykill F.C.I. -4-A unit
P.O. Box 759
Minersville, PA 17954   plaintiff

vs.

Paul Rosstead
          Defendant

RECEIVED
JUN 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 08-cv-00350 RJL

Motion to Dismiss Civil Complaint without Prejudice until Release date 2010. Due to Complications and Institution Transfers

Your Honor, since March, April, May 2008 I have been transferred (3) times. Based on complications with mail getting to me on time or being delayed by institutional transfers, I can not continue to obtain control over this civil case 08-cv-00350. Due to this matter. And motions I sent in certified in March, April, May 2008 to early on have this case Dismissed Without Prejudice, This Court Judge Did not respond back (or) the clerk of court and Docket clerk did not filed my response motions to inquire my reasons to Dismiss or Stay my complaint until 2010 of my release, so I can obtain counsel while in society to clearily demonstrate my concern of Defamation / Deprivation complaint. Please honor this 4th motion I put in to Dismiss without prejudice, of those other three motions in response that same did not get to Honorable Judge Richard J. Leon to consider.

Certificate of Service

I hereby is send my 4th motion in Response to Defendants motion and my willfully Duty to Dismiss this civil Complaint without prejudice until my 2010 Release from prison.

Respectfully Submitted
M. Ceasar 2008

U.S. District Court for the
District of Columbia

Ms. L. Scott — Direct Clerk                                6/11/08

My Address has changed:                                    08-00350 RJL
I am Not At:
Maurice Ceasar #09747-007
Schuykill FCI   4-A Unit
P.O. Box 759
Minerville, PA 17954

Ms. Scott — (Motion Enclosed)
Please may you file new case address for proper mailing — Also may this motion enclosed be filed. And given to Honorable Judge Richard J. Leon, Immediately. This is the 4th attempt on my behalf to get this court to dismiss my case complaint until I am release in 2010.

Please send me update (docket report).
    Thank you!

                                    Respectfully yours
                                    M. Ceasar 2008