United States District Court
For the District of Columbia

RECEIVED
JUN 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maurice Ceasar
　　Plaintiff
　　　　Pro 'se

vs.

Paul Rosstead
　　Defendant

Case No. 08-350(RJL)

---

Motion in Response to Defendants Motion to Dismiss my Complaint (also) my motion Filed or mailed to Court in/ April 16Th 2008 and May 3, 2008 to Dismiss without prejudice

---

Now Comes Maurice Ceasar, pro'se who have sent to this Honorable Court By certified mail my Request and Concerns to have this Case on Stay until 2010 or Dismiss without Prejudice that, I never Received a Respond From Honorable Judge Richard J. Leon... I have put those motions in way Before Defendants have put in there motion to Dismiss. Enclosed are two motion Responding to Defendant's motion again that I ask to Be File and Considered on; Base on the problems I am having in getting Settle in a prison where mail can to sent without delays as the type of problem I am having. And as I am Requesting a (Stay) or Dismiss without prejudice

until I am Release in 2010. Please Respond in letting me know your Decision. I want to have this case in front of an Attorney than Pro'se cuce I am Release from prison 2010.

May you Read - Enclose April 16, 2008 and May 3rd 2008 motions I sent - that was never Responded to By this Honorable Court and Judge R.J. Leon.

certified

___6/11/08___
Date

Respestfully Submitted

_Maurice Ceasar_
Maurice Ceasar

Enclosed:
Are (2) motions
Sent 3 months ago
that will answer your
order and Defendants
motion to Dismiss Amended
motion I Filed.

(Also) USP Canaan / F.B.O.P. moved me to three Different Locations since my mailing of those motions. So, I just Receive mail June 5, 2008 Please, accept new address.
Schuykill FCI
P.O. Box 759
Minersville PA 17954

(2)

United States District Court For the District of Columbia / Civil Division

Maurice Ceasar # 09747-007
Plaintiff Pro'se

v.

Paul Rosstead
Defendant

Case No. 08-350 RJL

RE: Motion in Response to Defendants Roseboro Notice, also to again have this Civil Claim Dismiss per Mailing Problems and until I can have an Attorney to Represent me in 2010 - without prejudice

In lieu of my Amend Motion I am Responding to Defendant Motion (again)

Now Comes the Plaintiff in this Civil Claim to Let this Honorable Court and Judge Know that on 4-16-08 I've Just Received the Defendants 4-8-08 mail sent to me that was Recent to me (per) Return to Sender stamping on First Envelope. Due to this matter it was stated that I had 11 days to Respond. I, had in March 20th 2008 made an attempt to correct the Civil claim and sent corrections to Be Amended of pages (1) and (2). (Also) in April of 15th 2008. I sent certified mail a motion to stay or Dismiss my Civil Claim without prejudice for reasons of Institution mail not getting to me or other Inmates on a timely Basis; to when mail should Be here. So, I truly feel that I will not Be able to do Court By mail for that Reason and Because of my Indigency. However, I feel that it will Be only Right to have an Attorney in all fairness of this Legal claim matter with Paul Rosstead to Represent me once I'm Released in 2010.

I will have to go through a shelter legal advisor. Because of my most recent homelessness issues, I, in the last 10 years have no set residency. However, lived house to house during my time in society. Also, I have no property, no set salaries, or employment that was steady. Today in prison, I live off of $5.25 to $8.89 a month; and most of that goes to the pro'se Litigant Filing Fees I pay-out as I am trying my best to argue my claims. Pursuant to HAINES VS. KERNER

It is known that, I am not a lawyer, this is why I do not elaborate fully on the issues briefly and to the point in the past motions I filed and that was dismissed with prejudice by D.C. Superior Court and U.S.D.C. It's not that I am trying to harrass any body or anyone in my filing of my civil claims; and I feel that the attornies for the Defendant acknowledge that - But wishes to prevent me in the future to continue to file pro'se - which I am willing to dismiss this civil claim without or with Prejudice, way before I receive there 4-14-08 legal mail in response to my civil claim. Enclosed will show the mailing dates of that Defendant's Legal mail, and in which I signed for on 4-16-08 - That had another legal size mailed envelope with mail date 4-8-08.

Your Honorable Court and Judge, on 4-15-08 Before I read there response motion to Dismiss, that I received on 4-16-08, may you either stay case or dismiss case and complaint with or without Prejudice - and may this Honorable court honor under HAINES VS. KERNER that I have only expressed in words less constringent than attorney to what wronged me under Deprivation and Defamation Legal issues.

(2)

May this Court see that - I am Homeless, and Indigent and that I have not enough to pay my filing fee costs. How, if not possible I can pay for anyone elses. That only signifies a Retaliation Attack coming from Defendants Firm of Attornies as a personal and brutal thing to ask this Court to indulge into, on a Indigent-Pro 'se inmate litigant to pay there fees.

### Conclusion

I, have already ask the court to dismiss this case claim (or) stay of case if deemed, until 2010 (or) now until I can have an attorney to represent me to further my future complaint. Also due to mail at Institution being delayed and that I am not receiving.

It is clear, that I do need future help with the legal aspect of this, and other cases as a pro 'se litigant who should not be challenged as an attorney; nor retaliated on by Defendants Attornies, who know that I am Homeless and Indigent and can not afford to pay my own filing fee costs.

Wherefore,

May this Honorable Judge R. Leon Dismiss this case with or without prejudice - without any award of Defendants Cost and Attorney fees Expended here in. I am Indigent myself, and have filed my complaint pro 'se. And I do not or never have any contract with Defendants hiring (or) who he had hire, to represent him at Brian A. Cafritz's Kalbaugh, Pfund and Messersmith P.C. office; nor did I harrass anyone or him in my proccess of civil claims or complaint, and may this case complaint be dismissed with or without prejudice for 4-15-08 motion reasons only that I filed certified mail.

(3)

## Certificate of Service

I, hereby certify that a true copy of the above motion to Response, and Dismiss my civil complaint with or without prejudice sent certified on 4/15/08, and to respond Defendants Roseboro Notice in the Alternative to be Dismiss only was mailed certified mail this 16th day of April, 2008 to U.S. District Court to serve a copy to Defendant's Attorney Brian A. Cafritz, by clerk of court.

Enclosed: Exhibit (1) and (2)
Copy of Legal Dated
And when it was mail out
On 4-8-08 and Return to Sender
Then sent back out on 4-14-08
And I just received it today 4-16-08.
Also Exhibit (3)
A motion I sent certified
On 4-15-08 - Before I received
Defendant's mail... my motion
Should be there by now and filed:
Please may you check Docket clerk
Receipt of it.

Respectfully Submitted
Maurice Cease 2008

(4)

United States District Court
District of Columbia / Civil Division

MAURICE CEASAR #09747-007
    Plaintiff
        Pro'se

VS.

Paul Rosstead
    Defendants

CASE NO. 08-CV-0350(RSL)
Judge Richard S. Leon

RE: **Responding to Defendants motion (2nd Time)** motion to stay, or Dismiss my civil claim until After January 2010; Based on complications that I am having Now with Transfers, and Incoming Institution mail system - may this Be Dismiss without Prejudice: **I have Been Transferred 5/6/08**

Now comes, Maurice Ceasar Plaintiff, who wishes to convey with this Honorable Court and Honorable Judge Richard S. Leon - That I am having a very difficult time with the Inmate's mail system, In which my mail or legal mail has Been threaded out through This Federal Bureau of prisons system as well as Delayed. It seems that since the Transferring of prisoners and my past transfers has caused my legal mail to not be answered on in a timely Fashion.

In this civil claim, I wish Be In timely Response, However, This USP Canaan mail Room has a Bad-Rap when It comes to mail Being sorted-out or given to the Inmate Appropriately without Delays of weeks gone By.

Eventhough, this has been brought to the USP Canaan Wardens attention. He does little to Discipline the mailroom officers or stop them from Retaliating on an Inmate for Reporting such Delays to the Administration level at F.B.O.P.

At this time, It is Forcing me not to have my legal case mail be Delayed - Especially when I need to Respond Back to this Civil Claim Complaint by mail.

I, truly ask that I can <u>Stay the Case</u> or have it <u>Dismissed without prejudice at this time</u>, or until I am Release around mid-2010. It would only be In Good Faith to Do So Based on the poor mailing system here at USP Canaan where I might not Never Receive the mail this Honorable Court may send to me here...

## Conclusion

In light of the fact as it stands with my legal mail process outgoing and Incoming mail at USP Canaan and until these officers whom work the mailroom - may be Discipline - and Reported to the U.S. Post Masters in Pennsylvania for there conduct in processing Appropinte; I, Maurice Ceasar will on the other hand ask this Honorable Judge R.S. Leon may he stay the case or Dismissed without prejudice

(2)

until mid-2010 when I am release to be available to respond concisely and appropiately to my claim action against Paul Rosstead.

May you give me as a pro'se litigant this granting so I can have the opportunity to be more supportive once out in society.

May you grant this motion to stay the case or Dismissed without prejudice for all above reasons.

### Certificate of Service

I, hereby come to this Honorable court and Judge for a stay of case or Dismissed civil claim without prejudice until 2010. It would be in Good faith until I can have a supportive system and be able to respond, without difficulty of mailing system in prison. On this 15th day of April 2008 I sent U.S. Postal mail receipted to this U.S. District Court Clerk of court and for attention of Honorable Judge Richard J. Leon.

cc: may copy of this motion and, may copy of order be sent out to the Defendant By Court:

Respectfully yours

Maurice Ceasar
MAURICE CEASAR #01747-007

(3)

**United States Court of Appeals**
**District of Columbia Circuit**

JEN'S ADDRESS:
From: Maurice Ceasar # 09747-007
P.O. Box 759 / FCI Schuylkill
Minersville, Pennsylvania 17954

May 25, 2008

Re: 08-7039 Maurice Ceasar V. / CBS HeadQuarters Co., et al
      Pro Se

2201-CV-071

Dear Elizabeth V. Scott - Deputy Clerk or Judge;

I hope this letter in request will find you and staff in the be of health and spirit in all you future endeavors.

I wish to convey with per May 2, 2008 letter your office at court sent to me; that I have just received on May 24, 2008 from R&D mail room here at Federal Correction Institution PA. That was forward from USP Canaan between May 22, 2008.

It is clearily in sight, that I am not getting any mail on time, from USP Canaan - Waymart Institution mail room. This may be done intentionally per a Federal case that I have in court against that custodian of prison. Lately I have not received any response to certified and uncertified mail I sent to your D.C. District Court in lieu 08-7039 concerning that I have been intentionally denied receipt of any legal mail on a timely fashion. This has been happening for awhile at USP Canaan inhouse mail room. Between March 2008, I have sent D.C. District Court Docket Clerk for the CBS case 2140-06 and 08-7039 Docket for Appeals letter motions to let you know that I am having this mail problem while incarcerated and that I rather not go forward with the appeal case * However, based on my delays in mail room and not being able to respond back before deadlines; I ask may I just Re-File This Case 2140-06 on the correct application, since my Maurice Ceasar V. CBS HeadQuarters

et al case was Dismissed Because I used the wrong type of Form to File my Complaint under 1983 USC 42. Base upon that Reason and a Few other Judge Paul L. Friedman Dismissed this case without Prejudice.

1) Mam, or whom it may concern: (Request)
I will Be Release From Prison 5-20-09 and ask this Honorable Clerk, Deputy clerk for either to withdraw my Appeal Filed, So I can Re File this Complaint on the Appropiate Application Form as a Citizen Diversity Civilian Complaint, so I can continue my Plea of process. (OR) give me time of Enlargement since on May 23, 2008 I just Receive my legal mail Dated may 2, 2008 From your office at D.C. District Court of Appeals. May You Find the Copy Print of mail Delivery Envelope Enclosed. I am Now - After a month of Transit is at P.O. Box 759 - F.C.I. Schuykill Minersville, PA 17954. May you Respond back to me per Special mailing at all times, Especially For the Request (1) So I can be aware of any new order of 21410-cv-06/08-7039 Docket concerning me Re-filing my complaint under Appropiate Application Form For Civilian Civil Cases and Lawsuit. This is what I Rather do than waist my time going through the Appeal procession - then at the end Be Denied Relief Because of me not using the Right Form Complaint than using 42 § 1983 usc that CBS or other Defendants are not Federal or government Workers.   Respectfully Yours

(2)

Maurice Ceasar #09747-007

# United States Court of Appeals
District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

May 28, 2008

General Information
(202) 216-7000

Warden (Schuylkill)
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Re:   08-7039 Maurice Ceasar v. CBS Headquarters Company, et al

Dear Warden:

Enclosed is an order from the court filed in a case pending before this court, addressed to Maurice Ceasar, Fed. Reg. No. 09747-007, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

The enclosed extra copy of this letter should be used for the addressee's acknowledgment. A return envelope is also included. Thank you very much for your assistance.

Very truly yours,
Mark J. Langer, Clerk

BY:  /s/
Elizabeth V. Scott
Deputy Clerk

Attachment:
    Instructions to Warden