UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE CEASAR, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-0350 (RJL) |
| PAUL ROSSTEAD, | : |
| Defendant. | : |

## ORDER

It is hereby

ORDERED that defendant's motion to dismiss [Dkt. #6] is DENIED as moot in light of the filing of an Amended Complaint [Dkt. #9]. It is further

ORDERED that plaintiff's motions to dismiss or to stay proceedings until his projected release from incarceration in 2010 [Dkt. #12, 18] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall docket plaintiff's "Motion in Response to Defendant[']s Motion to Dismiss My Complaint (also) My Motion Filed or Mailed to Court In [] April 16,th [sic] 2008 and May 3, 2008 to Dismiss Without Prejudice" as plaintiff's motion for an extension of time to file an opposition to defendant's motion to dismiss the amended complaint [Dkt. #13]. Plaintiff's motion for an extension of time is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. Plaintiff's request to dismiss this action without prejudice or to stay proceedings until 2010 is DENIED WITHOUT PREJUDICE, and his motion

1

for an extension of time is GRANTED. It is further

ORDERED that the Court's May 23, 2008 Order [Dkt. #17] is VACATED IN PART. The Court extends the deadline for plaintiff's opposition to defendant's motion to dismiss the amended complaint from June 18, 2008 to **August 18, 2008**.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 6/18/08