United States District Court
For the District of Columbia

**LET THIS BE FILED**

[signature]

Maurice Ceasar
　Plaintiff
　　Pro 'se

vs.

Paul Rosstead
　　Defendant

CASE NO. 08-350(RJL)

**RECEIVED**
JUN 12 2008

JUDGE RICHARD LEON

**FILED**
JUN 12 2008
Clerk, U.S. District and
Bankruptcy Courts

Motion in Response to Defendants Motion To Dismiss my Complaint (Also) my motion Filed or mailed To Court IN / April 16th 2008 and May 3, 2008 To Dismiss without prejudice

---

Now comes Maurice Ceasar, pro 'se who have sent to this Honorable court by certified mail my Request and concerns to have this case on stay until 2010 or Dismiss without Prejudice that, I never Received a respond from Honorable Judge Richard J. Leon... I have put those motions in way Before Defendants have put in there motion To Dismiss. Enclosed are two motion Responding To Defendant's motion again that I ask to Be File and considered on; Base on the problems I am having in getting settle in a prison where mail can to sent without delays as the type of problem I am having, and as I am Requesting a (stay) or Dismiss without prejudice

until I am Release in 2010. Please Respond in letting me know your Decision. I want to have this case in front of an Attorney than Pro'se once I am Release from prison 2010.

May you Read - Enclose April 16, 2008 and May 3rd 2008 motions I sent - that was never Responded to By this Honorable Court and Judge R.J. Leon.

certified

6/5/08
‾‾‾‾‾‾
Date

Respestfully
Submitted

_Maurice Ceasar_
Maurice Ceasar

Enclosed:
Are (2) motions
sent 3 months ago
that will answer your
order and Defendants
motion to Dismiss Amended
motion I filed.

(Also) USP Canaan/F.B.O.P. moved me to three different locations since my mailing of those motions. So, I just Receive mail June 5, 2008 Please, Accept New Address
    Schuykill FCI
    P.O. Box 759
    Minersville PA 17954

(2)

MAURICE CEASAR #09747-007                    CASE NO. 08-350 RJL
        PLAINTIFF  Pro'se

V.

Paul Rosstead
                Defendant

RE:        Motion in Response To Defendants
           Roseboro Notice, Also To Again Have
           This Civil Claim Dismiss per Mailing
           Problems And until I can have an Attorney
           to Represent me in 2010 - without prejudice

In lieu of my [Amend Motion] I am Responding to Defendant Motion (Again) Now Comes the Plaintiff in this civil claim to let This Honorable Court and Judge Know that on 4-16-08 I've just received the Defendants 4-8-08 mail sent to me that was recent to me (per) Return to sender stamping on First Envelope. Due to this matter it was stated that I had 11 days to Respond. I, had in march 20th 2008 made an attempt to correct the Civil claim and sent corrections to be amended of pages (1) and (2). (Also) in April of 15th 2008. I sent certified mail a motion to stay or Dismiss my Civil Claim without prejudice for reasons of Institution mail not getting to me or other Inmates on a timely basis, to when mail should be here. So, I truly feel that I will not be able to do Court by mail for that reason And Because of my Indigency * However, I feel that it will be only Right To have an Attorney in all Fairness of this legal claim matter with Paul Rosstead to represent me once I'm released in 2010.

I will have to go through a shelter legal advisor. Because of my most recent homelessness issues, I, in the last 10 years have no set residency. However, lived house to house during my time in society. Also, I have no property, no set salaries, or employment that was steady. Today in prison, I live off of $5.25 to $8.89 a month; and most of that goes to the pro'se litigant filing fees I pay-out as I am trying my best to argue my claims. pursuant to HAINES VS. KERNER

It is known that, I am not a lawyer, this is why I do not elaborate fully on the issues briefly and to the point in the past motions I filed and that was dismissed with prejudice by D.C. Superior Court and U.S.D.C. It's not that I am trying to harrass anybody or anyone in my filing of my civil claims; and I feel that the attornies for the defendant acknowledge that - But wishes to prevent me in the future to continue to file pro'se - which I am willing to dismiss this civil claim without or with prejudice, way before I receive there 4-14-08 legal mail in response to my civil claim. Enclosed will show the mailing dates of that defendant's legal mail, and in which I signed for on 4-16-08 - That had another legal size mailed envelope with mail date 4-8-08.

Your Honorable Court and Judge, on 4-15-08 before I read there response motion to dismiss, that I received on 4-16-08, may you either stay case or dismiss case and complaint with or without prejudice - And may this Honorable Court honor under, HAINES VS. KERNER that I have only expressed in words less constringent than attorney to what wronged me under Deprivation and Defamation legal issues.

(2)

May this court see that - I am Homeless, and Indigent and that I have not enough to pay my filing fee costs. How, if not possible I can pay for Anyone Elses. That only signifies a Retaliation Attack coming from Defendants Firm of Attornies as a personal and brutal thing to ask this court to indulge into, on a Indigent - Pro 'se inmate litigant to pay there fees.

### Conclusion

I, have already ask the court to Dismiss this case claim (or) stay of case if Deemed, until 2010 (or) now until I can have an Attorney to represent me to further my future complaint. Also due to mail at institution being delayed and that I am not receiving.

It is clear, that I do need future help with the legal aspect of this, and other cases as a pro 'se litigant who should not be challenged as an Attorney; nor retaliated on by Defendants Attornies, who know that I am Homeless and Indigent and can not afford to pay my own filing fee costs.

Wherefore,

may this Honorable Judge R. Leon Dismiss this case with or without presudice - without any award of Defendants cost and Attorney fees expended here in. I am Indigent myself, and have filed my complaint pro 'se. And I do not or never have any contract with Defendants hiring (or) who he had hire, to represent him at Brian A. Cafritz's Kalbaugh, Pfund and Messersmith P.C. office; nor did I harrass anyone or him in my proccess of civil claims or complaint, and may this case complaint be Dismissed with or without presudice for 4-15-08 motion reasons only that I filed certified mail.

(3)

## Certificate of Service

I, hereby certify that a true copy of the above motion to Response, and Dismiss my civil complaint with or without prejudice sent certified on 4/15/08, and to respond Defendants Roseboro Notice in the Alternative to be Dismiss only was mailed certified mail this 16th day of April, 2008 to U.S. District Court to serve a copy to Defendant's Attorney Brian A. Cafritz, By Clerk of Court.

Enclosed: Exhibit (1) and (2)
Copy of Legal Dated
And when it was mail out
on 4-8-08 And Return to Sender
Then sent back out on 4-14-08
And I just Received it to day 4-16-08.
Also Exhibit (3)
A motion I sent certified
on 4-15-08 — Before I Received
Defendant's mail... my motion
Should Be there By Now And Filed:
Please may you check Docket Clerk
Receipt of It.

Respectfully Submitted
Maurice Case 2008

UNITED STATES DISTRICT Court for the District of Columbia

MAURICE CEASAR # 09747-007
Plaintiff
Pro'se

VS.

Paul Rosstead
Defendants

CASE NO· 08-CV-0350(RSL)
Judge Richard S. LEON

RE: **Responding to Defendants Motion (2nd Time)** motion to Stay, or Dismiss my civil claim until After January 2010; Based on complications that I am having Now with Transfers, and Incoming-Institution mail system - may this Be Dismiss without Prejudice: **I have Been Tranferred 5/6/08**

Now comes, Maurice Ceasar Plaintiff, who wishes to convey with this Honorable Court and Honorable Judge Richard S. Leon - That I am having a very Difficult time with the Inmate's mail system, In which my mail or legal mail has Been threaded out through This Federal Bureau of prisons system as well as Delayed. It Seems that since the Transferring of prisoners and my past transfers has caused my legal mail to Not Be Answered on in a timely Fashion.

In this civil claim, I wish Be In timely Response, However, This USP Canaan mail Room has a Bad-Rap when It comes to mail Being Sorted-out or given to the inmate Appropriately with out Delays of weeks gone By.

Eventhough, this has been brought to the USP Canaan Wardens attention. He does little to Discipline the mailroom officers or stop them from Retaliating on an Inmate For Reporting such Delays to the Administration Level at F.B.O.P.

At this time, It is Forcing me not to have my Legal Case mail be Delayed - Especially when I need to Respond back to this civil claim complaint by mail.

I, truly ask that I can <u>Stay the Case</u> or have it <u>Dismissed without prejudice</u> at this time, or until I am Release Around mid-2010. It would only be In Good Faith to Do so Based on the poor mailing System here at USP Canaan where I might not Never "Receive the mail this Honorable Court may send to me here...

## Conclusion

In light of the fact as it stands with my Legal mail process outgoing and Incoming mail at USP Canaan and until these Officers whom work the mail room - may be Discipline - and Reported to the U.S. Post masters in Pennsylvania for there conduct in processing Appropiate; I, Maurice Ceasar will on the other hand ask this Honorable Judge R.S. Leon may he stay the Case or Dismissed without prejudice

(2)

until mid-2010 when I am release to be available to respond concisely and appropiately to my claim action against Paul Rosstead.

May you give me as a Pro'se litigant this granting so I can have the opportunity to be more supportive once out in society.

May you grant this motion to stay the case or dismissed without prejudice for all above reasons.

### Certificate of Service

I, hereby come to this Honorable court and Judge for a stay of case or dismissed civil claim without prejudice until 2010. It would be in good faith until I can have a supportive system and be able to respond, without difficulty of mailing system in prison. On this 15th day of April 2008 I sent U.S. postal mail receipted to this U.S. District Court clerk of court and for attention of Honorable Judge Richard J. Leon.

cc May copy of this motion and, May copy of order be sent out to the Defendant by court:

Respectfully yours

Maurice Cease 2008
Maurice Ceasar #09747-007

(3)

SENT OUT CERTIFIED TWICE. But do not know if it got to your court - thru-mail office at USP CANAAN

To Clerk of Court - NEW Address PLEASE File

NEW! Address



And in May of the 3-4, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

MAURICE CEASAR,

      Plaintiff,

v.                              Civil Action No. 08-0350 (RJL)

PAUL ROSSTEAD,

      Defendant.

## ORDER

Defendant moves to dismiss plaintiff's amended complaint. Because a ruling on the motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

*[Handwritten note:]* To Judge R.J. Leon, Enclosed motion to Respond to Amend Dismiss motion - I Filed - that I sent from Canaan 4-16-08 in May 3, 2008 - This Never was Respond to By Court!

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **June 18, 2008,** plaintiff shall file his opposition or other response to defendant Rosstead's motion to dismiss the amended complaint. If plaintiff fails to respond timely, the Court may grant the motion as conceded.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 5/22/08

US DISTRICT COURT of
MIDDLE DISTRICT OF PENNSYLVANIA

Date: May 11, 2008

Case Number: 2201 CV-07 JEJ

US District Court of Middle District of Pennsylvania
US Court House 3rd Floor
240 West 3rd Street
Williamsport, PA 17701

Attn: Clerk of the Court and Docket Clerk

From:

Maurice Ceasar Fed. # 09747-007
(Metro Detention Center Holdover)
P O Box 329002
Brooklyn, NY 11232

Dear Clerk of the Court, Docket Clerk and The Honorable Judge John E. Jones

1. May you please send me a copy of 2201 CV-07 JEJ Docket Report.

2. I am in Transit Holdover at Metro Detention Center, P O Box 329002, Brooklyn, NY 11232. I do not know my final destination or why I was moved per FBOP Regional Office. May you send any other orders that I may need.

3. May you make record that I was moved on May 7, 2008 to this New York MDC Holdover and may you find out where I am being designated so I can continue my court by mail procession with my case endeavors.

4. In concern of being held here with no transit destination, may it be ordered by the *Judge or Clerk of the Court for me to be speedily taken to my new destination in* general population rather than to be held in New York MDC Holdover.

Respectfully Submitted

_____/S/_____
Maurice Ceasar