UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

RECEIVED
JUL - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MAURICE CEASAR
      PLAINTIFF

CASE NO. 08-350-RJL

VS.

PAUL ROSSTEAD
      DEFENDANT

### MOTION TO RESPOND DEFENDANT'S motion TO DISMISS AMENDED COMPLAINT AND (NOW) PLAINNTIFF REQUEST TO WITHDRAW / AND REFILE AFTER 2010 for REPRESENTATION PURPOSES:

Come now, plaintiff, Maurice Ceasar, by and through as a Pro'se litigant to Withdraw Amended Complaint. And wishes to explain why this complaint was re-done and re-submitted. It was because as a Pro'se litigant, without having any skills as an attorney. I, filed under 42 USC 1983 which is not the proper filing for a claim against Paul Rosstead an Civilian Defendant(without) any format of that first filing under 42 USC 1983; so that the Claim can stand clear and concised to the civil evant that took place in April of 2006.

Now, as on June 23, 2008, this Honorable Judge Richard J. Leon has (Ordered) ON THE MOTIONS THAT HAS BEEN SENT / around April 15th 2008 and May 3rd, 2008 date filing in lieu of Dismissed until 2010 (Denied Without Prejudice) of any Dismiss motion I filed in this civil complaint.

In light of this (ORDER); Iam now responding to the defendants motion as it is said, by the Plaintiff, that I am in custody in the State of Pennsylvania, as a Federal detainee and Inmate under, Federal Bureau of prisns Law and the custody of the U.S. Attorney. As a Federal

Prisoner for many years under the federal Bureau of Prisons Custody and housing ...This Federal case law does consistently hold that, for my civil filing and Cliam of Diversity because I am not in jurisdiction of the District of Columbia, as a resident and as a Pro||se litigant; I have filed the Amended Complaint in subject of that purpose of Diverse Citizen Claim.

Now, if it is in deed for this Honorable Court to Dismiss my AMENED Complaint (without Prejudice that I am asking to Withdraw; and to have me re-file in no later than 2009 or 2010 once I can have an representative of counsel who will look and sought through my problems in filing an appropiate Civil Claim (then) May this Claim Amended be Withdrew-Dismissed With out Prejudice if this Court will allowed it and decide that from now - 2010 of my date of release is to long of time.

Furthermore, I have conveyed in my April 16, 2008 and May 3, 2008 that I am Homeless and indigent while in Prison and once Released. I have to go to a Shelter ro Residential Treatment Program. I wish to Pursue this Claim for all of the Amended Complaint reasons that I would not change in respect of any future Civil Complaint against Paul Rosstead. However, if this Honorable Judge does Dismiss this Civil Complaint WITHOUT PREJUDICE, (now) it can be Re-filed by an Professional Attorney whom I am seeking to file a more Appropiated Civil Claim (than) to have Defendants / Attorney call my Pro'se filing Frivolous Complaints because of my (non Attorney Language or lack of experience). Their were no Court Judge that stated that my motions were Frivólous on any order that was Dismissed With Prejudice...For mostly the Dismissing of the D.C. Superior Court Civil Claim I filed.... Also I have enclosed an (ORDER) from one Honorable Judge who did not feel the way the DEFENDANTS nor there Attornies felt in trying to Dismiss my Future Civil Cliam with deceipt and With Prejudice; that this Judge did give me Favorable to Re-file at an appropiate time.

Wherefore, I truly ask this Honorable Court to se that my life have been Displaced and deprived by false reported Thefts that the Defendant Paul Rosstead claimed to the media, that I done...Also, may you related to me not having a place to go nor any income, or security of finance to pay my filing fees or any of the Defendants fees, which I ask this Honorable Judge (not to Grant) or have me to pay defendant's cost or Attorney's Fees.

I am indigent-homeless- and have numerous of medical Problems. It is Paul Rosstead legal responsiblities and problems, that he hired Brian A. Cafritz (not I)...It is not that I hired them to represent me ...they are being bias and prejudice with that type of request against I Maurice Ceasar A homeless man who have been already displaced and deprived to ever live a normal Life in the District of Columbia (per) Paul Rosstead Libel and Slanders.

## CONCLUSION

Upon considration to Withdraw the Amended Complaint Without Prejudice and due April 16, 2008 and May 3, 2008 purposes. May the plaintiff Claim and Amendedshow a clear since of why I wishes to not go further with this Civil Amended Complaint while (incarcerated); And never had in my mind to harass any one or Paul Rosstead in my type of filing - This filing was only done out of respect to this court and any defendants that has caused me Defamation for there personal reasons. The Plaintiff requests that the order be provided Dismissed Without Prejudice, due to my circumstances and institutional relocations and mail problems. And that I am poor, indigent, and have no stable funds to pay any cost to any Dfeendants or there Attornies. Attached is the motions I filed betwwen April - and May 2008 stating my Indigency and Homeless Problems. May you honor my honesty and homelessness as I state as a Pro'se Litigant for an ORDER of Withdraw / Without Prejudice for all of the above.

## CERTIFICAT OF SERVICE

**I hereby Certify** that a true copy of the above motion to respond to the Defendants motion to dismissed Amended Complaint was sent Certified on July 9th 2008; and already filed motions sent in April and May 2008 to show that I am Indigent and Homeless at this time...was mailed Certified on this 9th day of July 2008 to U.S. District Court to serve a copy to other Parties.

Respectfully Submitted

Maurice Ceaser 2008
MAURICE CEASAR 09747007

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MAURICE CEASAR, ) CASE NO. 2006 CA 008052 B
)
Plaintiff(s), ) CALENDAR 8
)
vs )
) JUDGE RONNA LEE BECK
NBC LOCAL NEWS STATIONS, et al., )
)
Defendant(s). )

## ORDER DENYING MOTION TO REINSTATE CASE, BUT WITHOUT PREJUDICE TO PLAINTIFF FILING A NEW COMPLAINT

Before the court is Plaintiff's motion to reinstate this case and Defendants' opposition. Plaintiff, who is incarcerated, filed his complaint on November 1, 2006. With the consent of the parties, on March 9, 2007, the court stayed the proceedings until March 6, 2008, when Plaintiff expected to be released from prison. On January 29, 2008, Plaintiff voluntarily dismissed his case.

The court is unaware of any final order, judgment, or proceeding that currently stands in the way of Plaintiff re-filing his complaint in this case at an appropriate time. Nor has Plaintiff stated good cause or any authority for the court to reinstate his previous case as opposed to requiring him to file a new complaint.[1] Thus, the court does not treat Plaintiff's motion as one seeking relief pursuant to Super. Ct. Civ. R. 60(b) and will deny the motion to reinstate the previous complaint.

Because of its ruling, the court will not address the merits of Defendants' claim that Plaintiff's claims are time-barred by the one-year statute of limitations for defamation claims. Notably absent from Defendants' opposition is any mention, let alone discussion, of D.C. Code

§12-302(a)(3), which provides that the statute of limitations period is tolled when a person entitled to maintain an action is incarcerated at the time a cause of action accrues. Judge Leibovitz rejected the Defendants' statute of limitation argument based on D.C. Code §12-302(a)(3) in *Caesar v. The Washington Times, et. al.*, Case No. 2007 CA 6945, relied upon by these Defendants.[2]

Accordingly, it is this 30th day of April, 2008, hereby

**ORDERED** that Plaintiff's motion to reinstate his previous complaint in this case is **DENIED**;

**FURTHER ORDERED** that this ruling is without prejudice to Plaintiff filing a new complaint at an appropriate time.[3]

*Ronna Lee Beck*
_____
Judge Ronna Lee Beck
(Signed in Chambers)

**Copies served electronically on counsel through eFiling for Courts:**
Judith Bonilla, Esq.
Charles D. Tobin Esq.
HOLLAND & KNIGHT LLP

**Copies mailed from chambers to:**
Maurice Ceasar, #09747-007
P.O. Box Box 300
Waymart, PA  18472

---

[1] Indeed because Super. Ct. Civ. R. 41 imposes consequences if a plaintiff voluntarily dismisses a case more than once, requiring Plaintiff to file a new complaint in the absence of good cause for reinstating the earlier case appears to be the correct procedural approach.
[2] The court is not ruling on whether Plaintiff's complaint is currently time-barred. It would appear, however, that the statute of limitations is currently tolled pursuant to D.C. Code §12-302(a)(3), so Plaintiff will be in the same status for statute of limitations purposes if he chooses to file a new complaint after he is released from prison rather than filing the complaint now while he is still incarcerated.
[3] The court is neither encouraging Plaintiff to file, nor discouraging Plaintiff from filing, a new complaint.

2

United States District Court for The District of Columbia

Maurice Ceasar
    Plaintiff
        Pro 'se

vs.

Paul Rosstead
        Defendant

Case No. 08-350 (RJL)

Motion in Response to Defendants Motion To Dismiss my Complaint (Also) my motion Filed or mailed to Court in/April 16th 2008 and May 3, 2008 to Dismiss without prejudice

---

Now Comes Maurice Ceasar, pro 'se who have sent to this Honorable Court By certified mail my Request and concerns to have this case on stay until 2010 or Dismiss without prejudice that, I never received a Respond From Honorable Judge Richard J. Leon... I have put those motions in way Before Defendants have put in there motion to Dismiss. Enclosed are two motion Responding to Defendant's motion again that I ask to Be File and considered on; Base on the problems I am having in getting settle in a prison where mail can to sent without delays as the type of problem I am having, and as I am Requesting a (stay) or Dismiss without prejudice

until I am Release in 2010. Please Respond in letting me know your Decision. I want to have this case in Front of an Attorney than Pro'se ause I am Release from prison 2010.

May you Read - Enclose April 16, 2008 and May 3rd 2008 motions I sent - that was Never Responded to By this Honorable Court and Judge R.J. Leon.

5/3rd/08   certified
―――――――
Date

Respestfully Submitted

M. Casefoot
―――――――
Maurice Ceasar

Enclosed:
Are (2) motions sent 3 months ago that will answer your order and Defendants motion to Dismiss Amended motion I filed.

(Also) USP Canaan/F.B.O.P. moved me to three different locations since my mailing of those motions. So, I just receive mail June 5, 2008 Please, accept New Address:
  Schuylkill FCI
  P.O. Box 759
  Minersville PA 17954

(2)

United States District Court For the District of Columbia / Civil Division

Exhibit (3)

Maurice Ceasar # 09747-007           Case No. 08-350 RJL
        Plaintiff  Pro'se

v.

Paul Rosstead
            Defendant

RE:    Motion in Response to Defendants Roseboro Notice, also to again have this Civil Claim Dismiss per mailing Problems and until I can have an Attorney to Represent me in 2010 - without prejudice

In lieu of my [Amend Motion] I am Responding to Defendant Motion (again) Now Comes the Plaintiff in this Civil Claim to let This Honorable Court and Judge Know That on 4-16-08 I've Just Received the Defendants 4-8-08 mail Sent to me that was Recent to me (per) Return To Sender Stamping on First Envelope. Due to this matter it was Stated that I had 11 days to Respond. I, had in march 20th 2008 made an attempt to correct the Civil Claim and sent corrections to be amended of pages (1) and (2). (Also) in April of 15th 2008. I sent certified mail a motion to Stay or Dismiss my Civil Claim without prejudice for Reasons of Institution mail not getting to me or other Inmates on a timely Basis, to when mail should be here. So, I truly feel that I will not Be Able to do Court By mail For That Reason and Because of my Indigency * However, I feel that it will Be only Right to have an Attorney in all Fairness of this Legal Claim matter with Paul Rosstead to Represent me once I'm Released in 2010.

I will have to go through a shelter legal advisor. Because of my most recent homelessness issues, I, in the last 10 years have no set residency. However, lived house to house during my time in society. Also, I have no property, no set salaries, or employment that was steady. Today in prison, I live off of $5.25 to $8.59 a month; and most of that goes to the pro'se Litigant Filing Fees I pay-out as I am trying my best to argue my claims. Pursuant to HAINES VS. KERNER

It is known that, I am not a lawyer, this is why I do not elaborate fully on the issues briefly and to the point in the past motions I filed and that was dismissed with prejudice by D.C. Superior Court and U.S.D.C. It's not that I am trying to harrass anybody or anyone in my filing of my civil claims; and I feel that the attornies for the defendant acknowledge that - but wishes to prevent me in the future to continue to file pro'se - which I am willing to dismiss this civil claim without or with prejudice, way before I receive there 4-14-08 legal mail in response to my civil claim. Enclosed will show the mailing dates of that defendant's legal mail, and in which I signed for on 4-16-08 - that had another legal size mailed envelope with mail date 4-8-08.

Your Honorable Court and Judge, on 4-15-08 Before I read there response motion to Dismiss, that I received on 4-16-08, may you either stay case or dismiss case and complaint with or without prejudice - and may this Honorable Court Honor under HAINES VS. KERNER that I have only expressed in words less constringent than attorney to what wronged me under Deprivation and Defamation legal issues.

(3)

May this Court see that - I am Homeless, and Indigent and that I have not enough to pay my filing fee costs. How, if not possible I can pay for anyone elses. That only signifies a Retaliation attack coming from Defendants firm of Attornies as a personal and brutal thing to ask this Court to indulge into, on a Indigent- Pro 'se inmate litigant to pay there fees.

### Conclusion

I, have already ask the Court to Dismiss this case claim (or) stay of case if Deemed, until 2010 (or) now until I can have an Attorney to represent me to further my future complaint. Also due to mail at Institution Being Delayed and that I am not receiving.

It is clear, that I do need future help with the legal aspect of this, and other cases as a pro 'se litigant who should not be challenged as an Attorney, nor Retaliated on by Defendants Attornies, who know that I am Homeless and Indigent and can not afford to pay my own filing fee costs.

Wherefore,

may this Honorable Judge R. Leon Dismiss this case with or without prejudice - without any award of Defendants cost and Attorney fees expended herein. I am Indigent myself, and have filed my complaint pro'se. And I do not or never have any contract with Defendants hiring (or) who he had hire, to represent him at Brian A. Cafritz's Kalbaugh, Pfund and Messersmith P.C. office; nor did I harrass anyone or him in my proccess of civil claims or complaint, and may this case complaint be Dismissed with or without prejudice for 4-15-08 motion reasons only that I filed certified mail.

(3)

## Certificate of Service

I, hereby certify that a true copy of the above motion to Response, and Dismiss my civil complaint with or without prejudice sent certified on 4/15/08, and to respond Defendants Roseboro Notice in the Alternative to Be Dismiss only was mailed certified mail this 16th day of April, 2008 to U.S. District Court to serve a copy to Defendant's Attorney Brian A. Cafritz, by Clerk of Court.

Enclosed: Exhibit (1) and (2)
Copy of Legal Dated
And when it was mail out
on 4-8-08 and Return to Sender
Then Sent Back out on 4-14-08
And I just Received it today 4-16-08.
Also Exhibit (3)
A motion I sent certified
on 4-15-08 — Before I Received
Defendant's mail... my motion
Should Be there By Now and Filed:
Please may you check Docket clerk
Receipt of it.

Respectfully Submitted
M. Cease [signature]

United States District Court For the District of Columbia / Civil Division

Exhibit (4)

Maurice Ceasar # 09747-007
    Plaintiff
        Pro'se

vs.

Paul Rosstead
    Defendants

Case No: 08-CV-0350 (RLSL)
Judge Richard S. Leon

RE: **Responding to Defendants Motion (2nd Time)** Motion to Stay, or Dismiss my civil claim until after January 2010; Based on complications that I am having now with Transfers, and Incoming Institution mail system - may this Be Dismiss without Prejudice: **I have Been Transferred 5/6/08**

Now comes, Maurice Ceasar Plaintiff, who wishes to convey with this Honorable Court and Honorable Judge Richard S. Leon - That I am having a very difficult time with the Inmate's mail system, in which my mail or legal mail has been threaded out through this Federal Bureau of prisons system as well as delayed. It seems that since the Transferring of prisoners and my past transfers has caused my legal mail to not be answered on in a timely fashion.

In this civil claim, I wish be in timely response, however, this USP Canaan mail room has a Bad-Rap when it comes to mail being sorted-out or given to the inmate appropriately without delays of weeks gone by.

Eventhough, this has been brought to the USP Canaan wardens attention. He does little to Discipline the mailroom officers or stop them from retaliating on an inmate for reporting such delays to the administration level at F.B.O.P.

At this time, it is forcing me not to have my legal case mail be delayed - especially when I need to respond back to this civil claim complaint by mail.

I, truly ask that I can <u>stay the case</u> or have it <u>Dismissed without prejudice at this time</u>; or until I am release around mid-2010. It would only be in good faith to do so based on the poor mailing system here at USP Canaan where I might not never receive the mail this Honorable Court may send to me here...

### Conclusion

In light of the fact as it stands with my legal mail process outgoing and incoming mail at USP Canaan and until these officers whom work the mail room - may be discipline - and reported to the U.S. Post Masters in Pennsylvania for there conduct in processing appropiate; I, Maurice Ceasar will on the other hand ask this Honorable Judge R.S. Leon may he stay the case or dismissed without prejudice

(2)

until mid-2010 when I am release to be available to respond concisely and appropiately to my claim action against Paul Rosstead.

May you give me as a Pro'se litigant this granting so I can have the opportunity to be more supportive once out in society.

May you grant this motion to stay the case or dismissed without prejudice for all above reasons.

### Certificate of Service

I, hereby come to this Honorable court and Judge for a stay of case or dismissed civil claim without prejudice until 2010. It would be in good faith until I can have a supportive system and be able to respond, without difficulty of mailing system in prison. On this __15th__ day of __April__ 2008 I sent U.S. postal mail receipted to this U.S. District Court Clerk of court and for attention of Honorable Judge Richard J. Leon.

cc: May copy of this motion and, may copy of order be sent out to the Defendant by court.

Respectfully yours

M Ceasar 2008
MAURICE CEASAR #09747-007

(3)