UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE CEASAR | : | |
| Plaintiff, | : | |
| v. | : | Case No.    08-350RJL |
| PAUL ROSSTEAD, | : | |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS OR TO STAY PROCEEDINGS UNTIL PLAINTIFF'S RELEASE FROM INCARCERATION**

COMES NOW the Defendant, Paul Rosstead ("Rosstead" or "Defendant'), by and through counsel, and as a reply to Plaintiff's Motion to Dismiss or to Stay Proceedings Until Plaintiff's Release from Incarceration, states the following:

Plaintiff has previously requested that this Court permit him to dismiss the present suit without prejudice or in the alternative to stay the current proceedings until the Plaintiff is released from prison, expected to be in 2010.  On June 18, 2008, this Court entered an Order denying without prejudice both of these requests and granting the Plaintiff an extension of time within which to file a Response to Defendant's Motion to Dismiss.

Plaintiff has now filed his Response and has failed to allege any new or additional facts or set forth any legal arguments that warrant the Court granting either the Plaintiff's request to stay the current proceedings or to permit him to voluntarily dismiss the present suit and re-file when he is released from prison.  Consequently, the Defendant now requests the Court dismiss both of these requests with prejudice for the reasons stated herein, as well as in Defendant's Motion to Dismiss and Opposition to

Motion to Stay and the supporting Memorandum filed with this Court on May 1, 2008 and Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss filed July 15, 2008.

Dated: July 15, 2008

    Respectfully Submitted,

/s/     Brian A. Cafritz
Brian A. Cafritz (D.C. Bar No. 456687)
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com

***Counsel for Defendant, Paul Rosstead***

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above Opposition to plaintiff's Motion to Dismiss or Stay was mailed, first class, postage pre-paid, this 15th day of July, 2008 to:

Maurice Ceasar
Allenwood Medium- F.C.I.
R# 09747-007 A-1 Unit
P.O. Box 2000
White Deer, PA 17887

Maurice Ceasar, R09747-007
Canaan C2-Unit, U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 300
Waymart, PA 18472

 

/s/    Brian A. Cafritz
Brian A. Cafritz (D.C. Bar No. 456687)
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com

***Counsel for Defendant, Paul Rosstead***